NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

LEE GRACE DOUGHERTY, )
)
Appellant, )
)
v. ) Case No. 2D16-3554
)
STATE OF FLORIDA, )
)
Appellee. )
_____ )

Opinion filed March 8, 2017.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pasco County; Susan G. Barthle,
Judge.


PER CURIAM.


      Dismissed as an appeal from a nonfinal, nonappealable order.


NORTHCUTT, KELLY, and SALARIO, JJ., Concur.